UNITED STATES *v.* T. E. ASH ET AL.

**No. 4366.**—Invoices dated Berlin, Germany, February 7, 1930, etc.

Entered at Houston, Tex., February 7, 1930, etc., New York July 1, 1930.
Entry Nos. 967–H, 700031, etc.

First Division, Appellate Term

(Decided on order July 1, 1938)

*Webster J. Oliver,* Assistant Attorney General (*Samuel D. Spector,* special attorney), for the appellant.
*Ira P. Jones, Jr.,* for the appellees.

ORDER

Upon the annexed Notice of Motion of Webster J. Oliver, Assistant Attorney General of the United States in charge of customs, and the

memorandum herein in support of said Notice of Motion, and upon all the proceedings had herein, and after due deliberation, it is hereby—

ORDERED that the appeal filed herein on the 4th day of June 1938 in the above entitled appeals be, and the same is hereby, vacated, set aside, and cancelled.

CHAS. P. MCCLELLAND,<br>
JERRY B. SULLIVAN,<br>
<em>Judges.</em>